set forth in the complaint and dismissing said complaint as to certain other causes of action set forth therein. The action is in equity to compel the defendant Union Stock Yards Bank of Buffalo to account for moneys alleged to belong to a large number of shippers of live stock who had consigned live stock to the firm of C. F. Pfeiffer & Sons, a live stock commission house, for sale at East Buffalo, the proceeds of sale having been deposited by that firm in the defendant bank and a portion of it offset by the bank against a claim under a note made by said firm to the said bank. All of said claims were assigned to the plaintiff who brings this action thereupon.

*William C. Carroll* for plaintiff, appellant and respondent.

*Orson J. Weimert* for defendant, respondent and appellant.

Judgment affirmed, without costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.

---

HASTINGS LAND IMPROVEMENT COMPANY, Respondent, *v.* THE EMPIRE STATE SURETY COMPANY, Appellant.

*Hastings Land Impr. Co.* v. *Empire State Surety Co.*, 156 App. Div. 258, affirmed.

(Argued April 30, 1915; decided May 25, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 22, 1913, affirming a judgment in favor of plaintiff entered upon a verdict. Plaintiff sued upon a bond of the defendant, given to insure the performance of a construction contract. The complaint alleges the abandonment of the work by the contractor, the refusal of the surety, after notice, to undertake the work and completion of the contract by plaintiff at a cost of $3,000 and

upwards over the contract price. The defense was that the plaintiff and contractor had made substantial changes in the contract without the surety's knowledge.

*Francis B. Wood* for appellant.

*William E. Lowther* and *William R. Bayes* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, HOGAN, CARDOZO and SEABURY, JJ.

---

JAMES McGOWAN, Appellant, *v.* THE NEW YORK CON-TRACTING COMPANY — PENNSYLVANIA TERMINAL, Respondent.

*McGowan v. N. Y. Contracting Co. — Penn. Terminal,* 157 App. Div. 913, affirmed.

(Argued May 3, 1915; decided May 25, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 10, 1913, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer, in that it failed to have made a proper inspection, after a blast, for unexploded dynamite.

*John Brooks Leavitt* and *John B. Pine* for appellant.

*John Conway Toole* and *James A. Deering* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, HOGAN, CARDOZO and SEABURY, JJ. Not sitting: MILLER, J.